**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7942**

———————————

SCOTT LEWIS RENDELMAN,

                                Petitioner - Appellant,

        versus

PATRICK KEOHANE; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

                                Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-95-3110-JFM)

———————————

Submitted:  July 23, 1996            Decided:  July 30, 1996

———————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Scott Lewis Rendelman, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Rendelman v. Keohane, No. CA-95-3110-JFM (D. Md. Nov. 8, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED